HARRY KLUGER, RESPONDENT, v. JACOB MENDELSOHN ET AL., APPELLANTS.

Submitted October 27, 1933—Decided January 5, 1934.

For the respondent, *Cole & Morrill*.

For the appellants, *Paul Rittenberg*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.